IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| EARL HAYNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.  09-3117 |
| | ) | |
| DONALD GAETZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

<u>OPINION</u>

This matter comes before the Court on Petitioner Earl Haynes' Motion to Proceed in Forma Pauperis and Appointment of Counsel on Appeal (d/e 27) (IFP Application), and Motion for Certificate of Appealability (d/e 28).  The IFP Application is allowed in part.  The Petitioner may proceed in forma pauperis on appeal; however, the request for appointment of counsel is forwarded to the Court of Appeals for consideration.

The Motion for Certificate of Appealability is denied.  This Court denied the Petition (d/e 1) because the Petitioner was not entitled to habeas relief.  <u>Opinion entered November 2, 2010 (d/e 24)</u>, at 23.  This Court may only issue a certificate of appealability if a petitioner makes a substantial

showing of a violation of a constitutional right.  28 U.S.C. 2253(c); Fed. R. App. P. 22(b).  When a habeas petition is denied, a certificate of appealability is appropriate only if a petitioner shows that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  A reasonable jurist would not find debatable this Court's conclusion that Petitioner does not have a claim of a denial of a constitutional right that would entitle him to habeas relief.  The Court therefore denies his request for a certificate of appealability.

THEREFORE, Petitioner Earl Haynes' Motion to Proceed in Forma Pauperis and Appointment of Counsel on Appeal (d/e 27) is ALLOWED in part; and Petitioner's Motion for Certificate of Appealability (d/e 28) is DENIED.  The Petitioner may proceed in forma pauperis on appeal.  The Clerk is directed to forward Petitioner's application for appointment of counsel to the Court of Appeals for its consideration.

ENTERED this _14th_ day of December, 2010

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE